## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO.  3:16-CV-00545-GNS-CHL

**JUAN FELIPE CRUZ PEREZ,**                                                                 **Plaintiff,**

**v.**

**EL TORAZO MEXICAN RESTAURANT, INC.,**

**and**

**GUSTAVO ORTIZ**                                                                                  **Defendants.**

## MEMORANDUM OPINION AND ORDER

Before the Court is a Motion to Amend the Complaint (DN 16) filed by plaintiff. Plaintiff certifies that defendants do not oppose this motion.  Fed.R.Civ.P. 15(a) provides that a "party may amend its pleading with the opposing party's written consent or the court's leave."

The Court sees no reason to deny plaintiff's motion for leave to amend the complaint. Defendants do not oppose the motion.  The motion for leave to amend the complaint will be granted.

 Accordingly,

**IT IS ORDERED** that the Motion to Amend Complaint (DN 16) is **GRANTED**.  The proposed amended complaint (DN 16-1) is **DEEMED FILED** in the record of this action.